IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS REGNA, | ) |
| | ) Civil Action No. 10 - 720 |
| Petitioner, | ) |
| | ) District Judge Terrence F. McVerry |
| v. | ) |
| | ) |
| RAYMOND SOBINA; THE DISTRICT ATTORNEY OF LAWRENCE COUNTY and THE ATTORNEY GENERAL OF PENNSYLVANIA, | ) |
| | ) |
| Respondents. | ) |

**MEMORANDUM ORDER**

On May 25, 2010, the above captioned case was initiated by the filing of a Petition for Writ of Habeas Corpus (ECF No. 1). The case was assigned to then magistrate judge, the Honorable Cathy Bissoon, for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. 636(b)(1), and the Local Rules for Magistrate Judges. On January 21, 2011, the Respondent filed a Response to the Petition. On October 27, 2011, this case was reassigned to Magistrate Judge Cynthia Reed Eddy following the elevation of Cathy Bissoon to the District Court.

Magistrate Judge Eddy filed a Report and Recommendation on December 12, 2011 (ECF No. 15) recommending that the Petition for Writ of Habeas Corpus be dismissed as untimely and that a certificate of appealability be denied. Plaintiff was served with the Report and Recommendation at his listed address and was advised that he had until December 29, 2011 to file written objections to the Report and Recommendation. No objections have been filed.

1

After *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, the following order is entered:

**AND NOW**, this 6th day of January, 2012:

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus is **DISMISSED AS UNTIMELY**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 15) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

s/ Terrence F. McVerry
Terrence F. McVerry
United States District Judge

Louis Regna
FB-1218
SCI-Albion
10745, Route 18
Albion, PA 16475